PAUL J. FISHMAN
United States Attorney
JORDAN ANGER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2829
Attorney for Petitioner,
United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>v.<br><br>KENNETH ROSELLINI,<br><br>　　　　　Respondent. | *Civil Action No.*<br><br>**ORDER TO SHOW CAUSE** |

　　　This matter having been opened by Paul J. Fishman, United States Attorney for the District of New Jersey (Jordan Anger, Assistant United States Attorney, appearing) attorney for petitioner, United States of America,

　　　IT IS on this __20__ day of __April__, 2015,

　　　ORDERED that respondent, Kenneth Rosellini, appear before the United Stated District Court for the District of New Jersey presided over the undersigned, in their courtroom* in the United States Courthouse located at __50 Walnut St. Newark, NJ__, on the __28th__ day of __April__, 2015 at __2:00pm__, to show cause why the respondent should not be compelled to obey the Internal Revenue Service summons issued to respondent on or about July 14, 2014; and it is further

\* *Courtroom 5D*

ORDERED that a copy of this Order, together with the Petition and Exhibit (s) thereto, be personally served on Kenneth Rosellini by an official of the Internal Revenue Service within thirty (30) days of the date of this order; and it is further

ORDERED that within five (5) days of service on the respondent of copies of this Order, the Petition and Exhibits (s), the respondent shall file and serve a written response to the Petition supported by appropriate affidavits, as well as any motions the respondent desires to make. All motions and issues raised by the pleadings will be considered on the return date of this order. Only those raised by motion or brought into controversy by the responsive pleadings and supported by affidavit will be considered on the return date of this Order. Any uncontested allegations in the Petition shall be considered admitted.

BY THE COURT:

_____
United States District Judge
JOSE L. LINARES