

**United States Department of Justice**

*United States Attorney*
*District of New Jersey*
*Civil Division*

| | |
|---|---|
| *970 Broad Street, Suite 700* | general number:   (973) 645-2700 |
| *Newark, New Jersey 07102* | telephone: 973-645-2829 |
| | fax: 973-297-2010 |
| | e-mail:  Jordan.anger@usdoj.gov |

June 5, 2015

**VIA ECF ONLY**
Hon. Jose L. Linares, U.S.D.J
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    <u>United States v. Kenneth Rosellini</u>, 2:15-cv-2653 (JLL)

Dear Judge Linares:

    This office represents the United States in the above-referenced action and writes to provide the Court with a status update on the progress of Respondent Kenneth Rosellini's compliance with the IRS summons.  <u>See</u> Dkt. #5.

    The undersigned counsel has communicated with IRS Revenue Officer Stephen Savarese just prior to electronically filing this letter.  Earlier today Mr. Rosellini contacted R.O. Savarese to request another extension until June 11, 2015, in order to produce all of the documents necessary for R.O. Savarese to make a proper collection determination (as described in the our previous letter).  <u>See</u> Dkt. #6.

    Because R.O. Savarese believes that progress has been made over the past three weeks and in an effort to preserve judicial economy, the United States respectfully requests that the Court leave the matter open on its docket and allow the United States to provide the Court with another status report on or before June 12, 2015 (one week from today).  If at that time the matter is not fully resolved, the United States will ask the Court to set the matter for a hearing date.

Thank you for your attention to this matter.

                                              Respectfully submitted,

                                              PAUL J. FISHMAN
                                              United States Attorney

                                              */s/ Jordan M. Anger*
                                 By:    JORDAN M. ANGER
                                              Assistant United States Attorney

cc:    Kenneth Rosellini, Esq. (*pro se*) (by U.S. Mail)
       3 Warbler Drive
       Wayne, New Jersey 07470